UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HANNAH SANDERSON,

    Plaintiff,

v.                                            Case No. 6:19-cv-66-Orl-37LRH

VOLUSIA COUNTY TOWING, LLC,

    Defendant.
_____

## ORDER

Plaintiff initiated this action against her former employer for failure to pay overtime and minimum wages in violation of the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties then moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 18 ("**Motion**"); Doc. 18-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends granting the Motion in part, striking the first sentence of paragraph 2(b) of the Agreement, and approving the Agreement as revised as a fair and reasonable settlement of Plaintiff's FLSA claims. (Doc. 19 ("**R&R**").)

The parties represent that they do not object to the R&R. (Doc. 20.) As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court

concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 19) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Renewed Joint Motion for Court Approval of Settlement Agreement and for Order of Dismissal of Lawsuit with Prejudice (Doc. 18) is **GRANTED IN PART**:

    a. The first full sentence of paragraph 2(b) of the Agreement (Doc. 18-1, p. 2) is **STRICKEN**.

    b. The Agreement (Doc. 18-1) is otherwise a fair and reasonable settlement of Plaintiff's FLSA claims.

    c. In all other respects, the Motion is **DENIED.**

3. The Settlement Agreement and Limited Release (Doc. 18-1), as revised above, is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 5, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record